# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **C.H. ROBINSON COMPANY, INC.** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | |
| **MSC MEDITERRANEAN SHIPPING COMPANY, S.A.** | : | NO. 2:23-cv-01748-MRP |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 29th day of March, 2024, upon consideration of the Amended Complaint (ECF No. 14) and the Bills of Lading (ECF No. 16-1), it is hereby **ORDERED** that the Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States District Court for the Southern District of New York.

BY THE COURT:

_____
Hon. Mia R. Perez